CLARA KEEGAN, Respondent, *v.* CHARLES H. HOHORST et al., Appellants.

(Argued January 13, 1933; decided January 27, 1933.)

*Daniel Mungall* for appellants.

*Thomas A. Shaw, Jay S. Jones* and *Edward J. Fanning* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.